**Order filed May 21, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00311-CR

**ROBERT VILLARREAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 07CR2810**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #5 (a video).**

The clerk of the 122nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #5 (a video), on or before **May 31, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #5 (a video), to the clerk of the 122nd District Court.

PER CURIAM